IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LUTHER CHRONISTER                                                      PLAINTIFF


       v.                          CIVIL NO. 07-5072


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                         DEFENDANT

## **O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 3rd day of July 2007.


                                          /s/  *J. Marschewski*
                                          HON. JAMES R. MARSCHEWSKI
                                          UNITED STATES MAGISTRATE JUDGE